IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN G. SMITH,<br><br>      Plaintiff,<br><br>vs.<br><br>RICK EBERHARDT, Individual and Official capacity; JASON DWINELL, Individual and Official capacity; JESSE FRANK, Individual and Official capacity; CLAYTON BRATCHER, Individual and Official capacity; WAYNE COUNTY SHERIFF OFFICE, and PIERCE COUNTY SHERIFF OFFICE/JAIL,<br><br>      Defendants. | 8:23CV156<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on Plaintiff Kevin G. Smith's Reasserted Motion for Court Appointment of Counsel, Filing No. 25. The Court has considered the record and the relevant factors and, for the reasons stated in the Court's Amended Memorandum and Order, Filing No. 31 at 20, Plaintiff's Motion is denied without prejudice to reassertion.

IT IS SO ORDERED.

Dated this 4th day of August, 2024.

BY THE COURT:

*/s/ Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge